**Motions Granted; Appeal Dismissed and Memorandum Opinion filed January 23, 2020**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00737-CV

---

## ADNAN JAFRI, M.D.; MAGED AMINE, M.D.; AND VINTAGE PARK CARDIOVASCULAR ASSOCIATES, P.A., Appellants

### V.

## BRANDON GREEN AND AUSTIN GREEN, INDIVIDUALLY AND AS THE REPRESENTATIVES OF THE ESTATE OF BETSY HONEYCUTT, DECEASED, Appellees

---

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-80793**

---

### MEMORANDUM OPINION

Three parties appealed from two interlocutory orders signed September 9, 2019 under chapter 74 of the Civil Practice and Remedies Code. The appealing parties are defendants Adnan Jafri, M.D.; Maged Amine, M.D.; and Vintage Park Cardiovascular Associates, PA. A fourth defendant, North Houston-TRMC, LLC

d/b/a Tomball Regional Medical Center, is not a party on appeal.

The parties have filed motions for voluntary dismissal of the appeal—Jafri on November 27, 2019, and Amine and Vintage Park Cardiovascular Associates, PA on December 5, 2019. *See* Tex. R. App. P. 42.1(a)(1).

The motions are granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.